IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

REX BROWN LIGHTHART,

    Plaintiff,

vs.                                        Case No.:1:08-CV-133-SPM/AK

FRANCES COLEMAN, et al,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

      THIS CAUSE comes before the Court upon the Magistrate Judge's Report and Recommendation (doc. 4). The parties have been furnished a copy and have been afforded an opportunity to file objections. The Plaintiff has filed four objections. (docs. 5, 6, 7, and 8) and pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions of the Report and Recommendation to which an objection has been made. Having considered the objections, I have determined that the Report and Recommendation should be adopted.

      Venue for civil cases is governed by 28 U.S.C § 1391, which states that venue is proper in the district court "where any defendant resides, if all defendants reside in the same State." All the Defendants in this case reside in Michigan. Therefore, as stated by the Magistrate Judge, the United States District Court for

the Eastern District of Michigan, Southern Division, is the proper venue for this cause of action. Despite Plaintiff's objections, he is indeed the Plaintiff in this case, not the Defendant. Plaintiff may have been the Defendant in the prior child support case, but in this case, because he filed the Complaint, he is the Plaintiff. Consequently, Plaintiff must defend his rights in Michigan, the home state of the Defendants.

Pursuant to Title 28, United States Code, Section 636(b)(1), it is ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 4) is adopted and incorporated by reference in this order.

2. This case is hereby transferred to the United States District Court for the Eastern District of Michigan, Southern Division.

3. The Clerk is directed to immediately take all steps necessary to effectuate the transfer.

DONE AND ORDERED this thirtieth day of July, 2008.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge